# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 21, 2018

154717 (88)(90)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

KERRY JENDRUSINA,
        Plaintiff-Appellee,

v

                                SC: 154717
                                COA: 325133

SHYAM MISHRA, M.D. and SHYAM
N. MISHRA, M.D., P.C.,
        Defendants-Appellants.

                                Macomb CC: 2013-003802-NH

_____/

        On order of the Court, the motion of the Michigan State Medical Society to participate as amicus curiae and file an amicus brief in support of the motion for reconsideration is GRANTED. The amicus brief submitted on February 16, 2018 is accepted for filing. The motion for reconsideration of this Court's January 12, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 21, 2018


                                             Clerk

t0314